1  Andrew D. Skale, Esq. (SBN 211096)
   Email: askale@mintz.com
2  Ben L. Wagner, Esq. (SBN 243594)
   Email: bwagner@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   9255 Towne Centre Drive, Suite 600
4  San Diego, CA 92121
   Telephone: (858) 320-3000
5  Facsimile: (858) 320-3001

FILED
'07 DEC -7 PM 4: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

VIA FAX

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

10  NEOPORTE, INC.
                  Plaintiff,                Case No.
11                                          '07 CV 2304 BEN (RBB)
                                            COMPLAINT FOR:
        v.
12                                          1) TRADEMARK INFRINGEMENT; AND
    HOME DEPOT U.S.A., INC.                 2) UNFAIR COMPETITION
13
                  Defendant.
14                                          *** JURY DEMANDED ***

15

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

# I.   VENUE, JURISDICTION AND PARTIES

1.   This Court's jurisdiction rests upon federal question jurisdiction pursuant to statute, including 15 U.S.C. § 1121(a), 28 U.S.C. §§ 1338(a) & (b), and 28 U.S.C. § 1367(a).

2.   Plaintiff Neoporte is a California Corporation with its principal place of business in at 1550 18th Street, Santa Monica, California.

3.   On information and belief, Home Depot is a Delaware Corporation with its principal place of business at 2455 Paces Ferry Road, Atlanta, GA 30339.

4.   Personal jurisdiction exists over the Defendant because it has sufficient minimum contacts with the forum as a result of business conducted within the State of California and the Southern District of California, including sales of the accused goods within the District and enormous amounts of annual sales in its The Home Depot stores within the District.

5.   Venue in this District is proper under 28 U.S.C. § 1391.

# II.   FACTUAL ALLEGATIONS

6.   Neoporte owns the federally registered mark NEOPORTE, registered with the U.S.P.T.O. as U.S. Trademark No. 2,879,520. Attached as Exhibit 1 is copy of that registration, incorporated by reference herein.

7.   NEOPORTE is registered in is International Class 006 for use with goods and services, specifically "doors, Metal garage doors, Metal patio doors, Metal runners for sliding doors, Metal handles for doors."

8.   NEOPORTE is also registered in is International Class 019 for use with goods and services, specifically "Non-metal doors, Non-metal garage doors, Non-metal patio doors, Non-metal runners for sliding doors, Non-metal sliding doors."

9.   Neoporte customers have approached Neoporte to discuss doors they had seen at Home Depot assuming the doors were made by Neoporte.

10.   In fact, Home Depot is selling doors under a virtually identical mark, NUPORTE. Attached as Exhibit 2 is an exemplar of the NUPORTE doors sold by Home Depot, incorporated herein by reference.

1

11.    Neoporte immediately sent a cease and desist letter to Home Depot insisting that sales of the infringing NUPORTE doors cease.

12.    To date, Home Depot continues to sell doors under the mark NUPORTE that are not manufactured by, affiliated with, or approved by Neoporte.

13.    In order to enforce its rights and minimize the ongoing damage to its NEOPORTE brand, Neoporte instituted this suit.

### FIRST CAUSE OF ACTION

### TRADEMARK INFRINGEMENT

### (15 U.S.C. § 1114 *et seq.* and Common Law)

14.    Plaintiff incorporates by reference all other paragraphs contained in this Complaint.

15.    Plaintiff is the owner of the registered NEOPORTE mark for use on doors. These doors are sold in the District and across the nation.

16.    Defendant has sold and continues to sell NUPORTE doors in the District and nationally in its retail stores.

17.    Such sales knowingly and willfully infringed Plaintiff's NEOPORTE mark, constituting clear trademark infringement, both direct and vicarious.

18.    Neoporte's NEOPORTE mark and defendant's NUPORTE mark, both used on doors, are virtually identical in sound, appearance and meaning.

19.    Defendant's use of NUPORTE, caused significant confusion in the marketplace, is likely to cause both confusion and mistake, and is likely to deceive consumers.

20.    Such use was done willfully and with knowledge that such use would or was likely to cause confusion and deceive others, and continues despite express notification of the infringement.

21.    As a direct and proximate result of Home Depot's trademark infringement, Plaintiff has been damaged within the meaning of 15 U.S.C. § 1114 *et seq.*

22.    Plaintiff has suffered damages in an amount to be established after proof at trial or in the statutory amount.

2

1    23.    Plaintiff is further entitled to disgorge Defendant's profits for its willful sales and

2  unjust enrichment.

3    24.    This case qualifies as an "exceptional case" within the meaning of 15 U.S.C. §

4  1117(a) in that Defendant's acts were malicious, fraudulent, deliberate and willful, and taken in bad

5  faith.  Plaintiff's mark is a registered and well-known mark that, on information and belief,

6  Defendant knew would allow it to ride in on the good will of Plaintiff, and only minor changes were

7  made to the mark in a frivolous attempt to provide inconsequential distinctions from Plaintiff's

8  mark.  Also on information and belief, Defendant has been notified by customers and potential

9  customers of the substantial similarity between the infringing mark and goods and Plaintiff's mark

10  and goods, and taken such similarity as a motivation for continuing such sales, rather than ceasing.

11    25.    Plaintiff's remedy at law is not adequate to compensate for injuries inflicted by

12  Defendant.  Accordingly, Plaintiff is entitled to temporary, preliminary and permanent injunctive

13  relief.

## SECOND CAUSE OF ACTION

### UNFAIR COMPETITION

**(15 U.S.C. § 1125 *et seq.*; Cal. Bus. & Prof. Code § 17200 *et seq.*;**

**and Common Law)**

18    26.    Plaintiff incorporates by reference all other paragraphs contained in this

19  Complaint.

20    27.    Defendant's acts as alleged above constitute unfair competition under California

21  common law, 15 U.S.C. § 1125 *et seq.* and Cal. Bus. & Prof. Code § 17200 *et seq.*  The above

22  actions constitute unlawful, unfair and fraudulent business acts and practices, and unfair, deceptive,

23  untrue and misleading business practices.

24    28.    As a direct and proximate result of Defendant's wrongful acts, Plaintiff has

25  suffered and continues to suffer substantial pecuniary losses and irreparable injury to its business

26  reputation and goodwill.  As such, Plaintiff's remedy at law is not adequate to compensate for

27  injuries inflicted by Defendant.  Accordingly, Plaintiff is entitled to temporary, preliminary and

28  permanent injunctive relief.

3

1          29.       By reason of such wrongful acts, Plaintiff is and was, and will be in the future,

2  deprived of, among others, the profits and benefits of business relationships, agreements, and

3  transactions with various existing clients and/or prospective clients and customers.  Defendant has

4  wrongfully obtained said profits and benefits.  Plaintiff is entitled to compensatory damages and

5  disgorgement of Defendant's said profits, in an amount to be proven at trial.

6          30.       Such acts, as alleged above, were done with malice, oppression and/or fraud, thus

7  entitling Plaintiff to exemplary and punitive damages.

8        WHEREFORE, Plaintiff demands the following relief:

9      1.       A judgment in favor of Plaintiff and against Defendant on all counts;

10      2.       A preliminary and permanent injunction from trademark infringement and unfair

11  business practices by Defendant;

12      3.       Damages in an amount to be determined at trial, including statutory damages and

13  Defendant's unjust enrichment, such damages trebled for willful infringement;

14      4.       Exemplary and punitive damages;

15      5.       Pre-judgment interest at the legally allowable rate on all amounts owed;

16      6.       Costs, expenses and fees under, among others, 15 U.S.C. § 1117(a);

17      7.       Restitution;

18      8.       Attorney's fees under, among others, 15 U.S.C. § 1117(a); and

19      9.       Such other and further relief as this Court may deem just and proper.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial as to all issues that are so triable.

Dated:  December 7, 2007                    MINTZ LEVIN COHN FERRISGLOVSKY
                                            AND POPEO P.C.


                                            By: _____
                                                 Andrew D. Skale, Esq.
                                                 Ben L. Wagner, Esq.


                                                 Attorneys for Plaintiff,
                                                 NEOPORTE

# EXHIBIT 1

Int. Cls.: 6 and 19

Prior U.S. Cls.: 1, 2, 12, 13, 14, 23, 25, 33 and 50

**United States Patent and Trademark Office**

Reg. No. 2,879,520

Registered Aug. 31, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## NEOPORTE

NEOPORTE (CALIFORNIA CORPORATION)
1550 18TH STREET
SANTA MONICA, CA 90404

FOR: METAL DOORS, METAL GARAGE DOORS, METAL PATIO DOORS, METAL RUNNERS FOR SLIDING DOORS, METAL HANDLES FOR DOORS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-2001; IN COMMERCE 12-1-2001.

FOR: NON-METAL DOORS, NON-METAL GARAGE DOORS, NON-METAL PATIO DOORS, NON-METAL RUNNERS FOR SLIDING DOORS, NON-METAL SLIDING DOORS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 12-1-2001; IN COMMERCE 12-1-2001.

SER. NO. 78-287,952, FILED 8-15-2003.

KEVON CHISOLM, EXAMINING ATTORNEY

# EXHIBIT 2

Search Results for nuporte at The Home Depot                                      Page 1 of 2


You can do it. We can help.™



## 21 Products   Sort By: Best Match 

Select up to 4 items to compare.


☐
Select
to
compare

NUporte
Espresso Contemporary 3-Lite 6ft.
Series 1220

Model 249223
**$369.00**

Check Your Local
Store


☐
Select
to
compare

NUporte
Espresso Contemporary 3-Lite 4ft.
Series 1220

Model 249221
**$279.00**

Out Of Stock
Online
Check
Your
Local
Store


☐
Select
to
compare

NUporte
White Cottage 3-Panel 4 ft. Series
1110

Model 249212
**$249.00**

Check Your Local
Store


☐
Select
to
compare

NUporte
Espresso Contemporary 3-Panel 6ft.
Series 1250

Model 249232
**$349.00**

Online Only


☐
Select
to
compare

NUporte
Espresso Contemporary 3-Lite 5ft.
Series 1220

Model 249222
**$329.00**

Check Your Local
Store

NUporte
Mahogany Country 3-Panel 6 ft.

☐

Search Results for nuporte at The Home Depot



Select
to
Select
compare
compare

NUporte
White Cottage 3-Panel 5 ft. Series
1020
Model 249202
$329.00
Model 249213
$297.00
NUporte
Walnut Country 3-Panel 4 ft. Series
1020

Check Your Local
Store
Check Your Local
Store

□
Select
to
compare
Select
to
compare

NUporte
Model 249206
Mahogany Country 3-Panel 4 ft.
Series 1000
$249.00
Model 249200
$249.00
NUporte
Black Contemporary 3-Panel 5ft.
Series 1240

Check Your Local
Store
Check Your Local
Store

□
Select
to
compare
Select
to
compare

NUporte
Model 249228
Black Contemporary 3-Panel 6ft.
Series 1240
Model 249229
$349.00

Online Only

Online Only

Select up to 4 to compare.

**21 Products** Sort By: Best Match 

NUporte
White Beadboard Cottage 3-Panel 5







† Local store prices may vary from those displayed. Products shown as available are normally stocked but inventory levels cannot be guaranteed.

© 2000-2007 Homer TLC, Inc. All Rights Reserved. Use of this site is subject to certain
Terms of Use which constitute a legal agreement between you and The Home Depot U.S.A. Inc.

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 145291     — SR

## December 07, 2007
## 16:23:00

## Civ Fil Non-Pris
USAO #.: 07CV2304 CIV. FIL.
Judge..: ROGER T BENITEZ
Amount.:                    $350.00 CK
Check#.: BC#2211

## Total—>  $350.00

FROM: NEOPORTE V. HOME DEPOT
      CIVIL FILING

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| NEOPORTE, INC. | HOME DEPOT U.S.A. |

| (b) County of Residence of First Listed Plaintiff San Diego, CA<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Sacramento, CA<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |
|---|---|
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>Andrew D. Skale, Esq.<br>Mintz Levin Cohn Ferris Glovsky & Popeo P.C.<br>9255 Towne Centre Drive, Suite 600<br>San Diego, CA 92121<br>(858) 320-3000; ((858) 320-3001 | Attorneys (If Known)<br><br>'07 CV 2304 BEN (RBB) |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury | **PERSONAL INJURY**<br>[ ] 362 Personal Injury— Med. Malpractice<br>[ ] 365 Personal Injury— Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 610 Agriculture<br>[ ] 620 Other Food & Drug<br>[ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 630 Liquor Laws<br>[ ] 640 R.R. & Truck<br>[ ] 650 Airline Regs.<br>[ ] 660 Occupational Safety/Health<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[X] 840 Trademark | [ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit<br>[ ] 490 Cable/Sat TV<br>[ ] 810 Selective Service<br>[ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 444 Welfare<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 440 Other Civil Rights | [ ] 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Mgmt. Relations<br>[ ] 730 Labor/Mgmt.Reporting & Disclosure Act<br>[ ] 740 Railway Labor Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Empl. Ret. Inc. Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 875 Customer Challenge 12 USC 3410<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 892 Economic Stabilization Act<br>[ ] 893 Environmental Matters<br>[ ] 894 Energy Allocation Act<br>[ ] 895 Freedom of Information Act<br>[ ] 900 Appeal of Fee Determination Under Equal Access to Justice<br>[ ] 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §§ 1114, 1125

Brief description of cause:
Trademark Infringement; Unfair Competition

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ TO BE SHOWN BY PROOF

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
December 7, 2007

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 145291   AMOUNT 350.   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

American LegalNet, Inc.   www.USCourtForms.com