1  Andrew D. Skale, Esq. (SBN 211096)
   Email: askale@mintz.com
2  Ben L. Wagner, Esq. (SBN 243594)
   Email: bwagner@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   9255 Towne Centre Drive, Suite 600
4  San Diego, CA  92121
   Telephone: (858) 320-3000
5  Facsimile:  (858) 320-3001

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

10 NEOPORTE, INC.
              Plaintiff,                Case No.

11                                      **NOTICE OF INTERESTED PARTIES**
       v.
12                                      '07 CV 2304 BEN (RBB)
   HOME DEPOT U.S.A., INC.
13
              Defendant.
14

15     Pursuant to Local Rule 7.1-1, Plaintiff New Name, Inc. hereby notifies the Court that there

16 are no interested parties to identify.

17 Dated:  December 7, 2007          MINTZ LEVIN COHN FERRISGLOVSKY
                                     AND POPEO P.C.
18

19
                                     By: /s/ Ben Wagner
20                                       Andrew D. Skale, Esq.
                                         Ben L. Wagner, Esq.
21

22                                   Attorneys for Plaintiff,
                                     NEOPORTE
23

24

25

26

27

28
   4207972v.1

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of California__ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED<br>12/7/2007 | U.S. DISTRICT COURT Southern District of California |
|---|---|---|
| PLAINTIFF<br>NEOPORTE, INC. | | DEFENDANT<br>HOME DEPOT U.S.A., INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2879520 | 8/31/2004 | NEOPORTE, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy