Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

NEOPROTE, INC.

vs

HOME DEPOT U.S.A., INC.

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2304 BEN (RBB)

VIA FAX

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
 HOME DEPOT
 P.O. BOX 526036
 Sacramento, CA 95852

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.           DEC 07 2007
       CLERK                              DATE

By  J. PARIS , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com