1  David Leichtman, (2824480)
      David.leichtman@lovells.com
2  Lovells LLP
   590 Madison Avenue
3  New York, NY 10022
   Telephone (212) 909-0600
4  Facsimile (212) 909-0660

5  Gregory A. Post (40087)
      gpost@knlh.com
6  **KIRBY NOONAN LANCE & HOGE LLP**
   600 West Broadway, Suite 1100
7  San Diego, California 92101-3387
   Telephone (619) 231-8666
8  Facsimile (619) 231-9593

9  Attorneys for Home Depot U.S.A., Inc.

10              UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12

13  NEOPORTE, INC.,                    CASE NO. 07-CV-2304 BEN (RBB)

14          Plaintiffs,                JOINT MOTION FOR EXTENSION OF
                                       TIME TO RESPOND TO COMPLAINT
15      vs.
                                       Action Filed: 12/7/07
16  HOME DEPOT U.S.A., INC.,

17          Defendant.

18

19          IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto acting

20  through their respective attorneys, that Defendant Home Depot U.S.A., Inc. may have an

21  extension of time in which to answer, respond or otherwise plead to the Complaint on file herein,

22  such that its responsive pleading shall be filed and served on or before February 4, 2008.

23          IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel

24  that nothing in this Stipulation and Order shall be deemed to constitute consent by the Defendant

25  to jurisdiction or venue, and that the Defendant retains all defenses or objections to the lawsuit or

26  to the jurisdiction or venue of the court except for objections based on a defect in the summons or

27  in the service of the summons.

28

KNLH\503934.1                                                        07-CV 2304 BEN (RBB)

1  The parties submit that good cause exists for said extension. The Complaint was filed on
2  December 7, 2007. This extension will coincide with the extension to plead granted to plaintiff
3  Neoporte, Inc. in its related suit for declaratory relief filed in another jurisdiction. Further, this
4  extension of time will allow Defendant the time necessary to prepare appropriate responsive
5  pleadings. There have been no prior extensions in this matter.

8  DATED: _____, 2008          MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                    POPEO, P.C.

11                                  By: _____
                                    Attorneys for Plaintiffs
12                                  Ben L. Wagner – E-mail: bwagner@mintz.com

14  DATED: _____, 2008          KIRBY NOONAN LANCE & HOGE LLP

16                                  By: _____
                                    Gregory A. Post
17                                  Attorneys for Defendant Home Depot U.S.A. Inc.

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387