David Leichtman, (2824480)
    David.leichtman@lovells.com
Lovells LLP
590 Madison Avenue
New York, NY 10022
Telephone (212) 909-0600
Facsimile (212) 909-0660

Gregory A. Post (40087)
    gpost@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Home Depot U.S.A., Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | CASE NO. 07-CV-2304 BEN (RBB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: 12/7/07 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto acting through their respective attorneys, that Defendant Home Depot U.S.A., Inc. may have an extension of time in which to answer, respond or otherwise plead to the Complaint on file herein, such that its responsive pleading shall be filed and served on or before February 4, 2008.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that nothing in this Stipulation and Order shall be deemed to constitute consent by the Defendant to jurisdiction or venue, and that the Defendant retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

The parties submit that good cause exists for said extension. The Complaint was filed on December 7, 2007. This extension will coincide with the extension to plead granted to plaintiff Neoporte, Inc. in its related suit for declaratory relief filed in another jurisdiction. Further, this extension of time will allow Defendant the time necessary to prepare appropriate responsive pleadings. There have been no prior extensions in this matter.

DATED: JAN 3, 2008

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: _____
Attorneys for Plaintiffs
Ben L. Wagner – E-mail: bwagner@mintz.com

DATED: 1-3, 2008

KIRBY NOONAN LANCE & HOGE LLP

By: _____
Gregory A. Post
Attorneys for Defendant Home Depot U.S.A. Inc.

David Leichtman
  David.leichtman@lovells.com
**LOVELLS LLP**
590 Madison Avenue
New York, NY 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

Gregory A. Post (40087)
  gpost@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Defendant HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC., | CASE NO. 07-CV-2304 BEN (RBB) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Action Filed: 12/7/07 |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

## PROOF OF SERVICE

I, Michelle C. Ellison, am employed in the County of San Diego, State of California. I am over the age of eighteen and not a party to the within action; my business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On January 4, 2008, I served the following document on the interested parties in the action below:

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

KNLH\504184.1

| | |
|---|---|
| Andrew D. Skale, Esq.<br>Email: askale@mintz.com<br>Ben L. Wagner, Esq.<br>Email: bwagner@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO P.C.<br>9255 Towne Center Drive, Ste. 600<br>San Diego, CA 92121<br>Telephone: (858) 320-3000<br>Facsimile: (858) 320-3001<br>Attorneys for Plaintiff<br>NEOPORTE, INC. | David Leichtman<br>Lovells LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 909-0600<br>Facsimile: (212) 909-0660<br>Co-counsel Attorneys for Defendant<br>HOME DEPOT U.S.A., INC. |

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the , using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

☒ **STATE COURT:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 4, 2008, at San Diego, California.

/s/ Michelle C. Ellison

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

KNLH\504184.1

-2-