# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 07-CV-2304 BEN (RBB)<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>[Doc. # 5] |

The parties filed a joint motion for an extension of time to file an Answer or otherwise respond to the Complaint. [Doc. # 5]. The motion is **GRANTED.** The parties shall have until and including **February 4, 2008,** to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

DATED: January 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge