# MINTZ LEVIN

Andrew D. Skale | 858 320 3006 | askale@mintz.com

5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121
858-320-3000
858-320-3001 fax
www.mintz.com

*VIA ELECTRONIC MAIL:*
*Efile_brooks@casd.uscourts.gov*

January 15, 2008

United States District Court
Attention: Magistrate Judge Ruben B. Brooks
940 Front Street
San Diego, CA 92101

**FILED**
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re: *Neoporte, Inc. v. Home Depot U.S.A., Inc.*
    USDC Southern District of CA Case No. 07 CV 2304 BEN (RBB)

Dear Judge Brooks:

Plaintiff Neoporte, Inc. ("Neoporte") requests an Early Neutral Evaluation ("ENE") to occur now, rather than waiting for defendant to answer. Neoporte believes having this ENE now may save the Court and the parties time, money and resources. While this case involves clear trademark infringement and unfair competition -- as demonstrated by Plaintiff's attached trademark registration of NEOPORTE, and a printout of the infringing product NUPORTE on defendant's website, Neoporte is motivated to settle the case on reasonable terms before significant attorneys fees are incurred. However, as Neoporte's litigation expenses mount, the likelihood of settling will decrease.

The parties appear to have agreed in principle that this case can be resolved without litigation. However, a few finer points remain, which Neoporte believes an immediate ENE could help resolve. Therefore, Neoporte respectfully requests an ENE in this case to occur as soon as practicable for the Court.

Sincerely,

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

Andrew D. Skale

ADS/ke
Enclosure

cc: David Leichtman, Esq., Counsel for Home Depot, U.S.A., Inc.
    (*via email*: david.leichtman@lovells.com)
    Gregory A. Post, Esq., Counsel for Home Depot, U.S.A., Inc.
    (*via email*: gpost@knlh.com )

# EXHIBIT 1

Int. Cls.: **6 and 19**

Prior U.S. Cls.: **1, 2, 12, 13, 14, 23, 25, 33 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,879,520
Registered Aug. 31, 2004

## TRADEMARK
### PRINCIPAL REGISTER

### NEOPORTE

NEOPORTE (CALIFORNIA CORPORATION)
1550 18TH STREET
SANTA MONICA, CA 90404

FOR: METAL DOORS, METAL GARAGE DOORS, METAL PATIO DOORS, METAL RUNNERS FOR SLIDING DOORS, METAL HANDLES FOR DOORS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-2001; IN COMMERCE 12-1-2001.

FOR: NON-METAL DOORS, NON-METAL GARAGE DOORS, NON-METAL PATIO DOORS, NON-METAL RUNNERS FOR SLIDING DOORS, NON-METAL SLIDING DOORS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 12-1-2001; IN COMMERCE 12-1-2001.

SER. NO. 78-287,952, FILED 8-15-2003.

KEVON CHISOLM, EXAMINING ATTORNEY

# EXHIBIT 2

Page 1 of 2

Search Results for nuporte at The Home Depot


You can do it. We can help.™



**21 Products**  Sort By: Best Match

Select up to 4 items to compare.



☐ Select to compare

**NUporte**
Espresso Contemporary 3-Lite 6ft.
Series 1220

Model 249223
**$369.00**

Check Your Local Store

☐ Select to compare

**NUporte**
Espresso Contemporary 3-Lite 4ft.
Series 1220

Model 249221
**$279.00**

Out Of Stock Online
Check Your Local Store

☐ Select to compare

**NUporte**
White Cottage 3-Panel 4 ft. Series 1110

Model 249212
**$249.00**

Check Your Local Store



☐ Select to compare

**NUporte**
Espresso Contemporary 3-Panel 6ft.
Series 1250

Model 249232
**$349.00**

Online Only



☐ Select to compare

**NUporte**
Espresso Contemporary 3-Lite 5ft.
Series 1220

Model 249222
**$329.00**

Check Your Local Store



☐

**NUporte**
Mahogany Country 3-Panel 6 ft.

http://www.homedepot.com/webapp/wcs/stores/servlet/Navigation?marketID=401&locStoreNum=8125&...    12/6/2007

Search Results for nuporte at The Home Depot

Page 2 of 2



| | | | |
|---|---|---|---|
| Select to compare | | NUporte800 White Cottage 3-Panel 5 ft. Series Model 249202 $329.00 | Check Your Local Store |
| | | Model 249213 $297.00 NUporte Walnut Country 3-Panel 4 ft. Series 1020 | Check Your Local Store |
| Select to compare | | Model 249206 Mahogany Country 3-Panel 4 ft. Series 1000 $259.00 | Check Your Local Store |
| | | Model 249200 $249.00 NUporte Black Contemporary 3-Panel 5ft. Series 1240 | Check Your Local Store |
| Select to compare | | Model 249226 Black Contemporary 3-Panel 6ft. Series 1240 $319.00 | Online Only |
| | | Model 249229 $349.00 | Online Only |
| Select to compare | | | |

21 Products    Sort By: Best Match

NUporte
White Beadboard Cottage 3-Panel 5



**Ice Punch Poinsettias**
Celebrate with our stunning varities exclusive to The Home Depot.
Shop Now



**Up To $50 Rebate**
With purchase of select Magic Chef products.
Shop Now




**Little Giant Ladders**
$50 Gift Card with purchase of select styles of ladders.
Shop Now

† Local store prices may vary from those displayed. Products shown as available are normally stocked but inventory levels cannot be guaranteed.

© 2000-2007 Homer TLC, Inc. All Rights Reserved. Use of this site is subject to certain Terms of Use which constitute a legal agreement between you and The Home Depot U.S.A. Inc.