**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>NEOPORTE, INC. v. HOME DEPOT</u>                     Case No. <u>07cv2304 BEN(RBB)</u>
**Time Spent:** _

<u>HON. RUBEN B. BROOKS</u>      <u>CT. DEPUTY VICKY LEE</u>                <u>Rptr.</u>

<u>Attorneys</u>
<u>Plaintiffs</u>                                          <u>Defendants</u>

PROCEEDINGS:   ____ In Chambers   ____ In Court   ____ Telephonic

On January 15, 2008, counsel for Plaintiff submitted an Ex Parte Application requesting that the Court conduct a pre-Answer Early Neutral Evaluation Conference (ENE). Counsel for Defendant Home Depot responded on January 17, 2008, and stated his belief that an early conference would not be productive. Absent a joint request by counsel for the parties, the Court is not inclined to hold a pre-Answer ENE. Plaintiff's Application is denied.

DATE: <u>January 24, 2008</u>        IT IS SO ORDERED: _/s/ Ruben Brooks_
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Benitez                   INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\NEOPORTE2304\MINUTE01.wpd