FILED

JAN 31 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NEOPORTE, INC. )
         Plaintiff )
         vs. )
HOME DEPOT USA, INC. )
         Defendant )

07cv2304

Case No. ~~37-2007-2304-~~BEN(RBB)

PRO HAC VICE APPLICATION

HOME DEPOT U.S.A., INC.
Party Represented

I, David Leichtman (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: LOVELLS LLP
Street address: 590 Madison Avenue
City, State, ZIP: New York, NY
Phone number: (212) 909-0600

That on May 12, 1997 (Date) I was admitted to practice before the Bar of the State of New York (Name of Court) and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case number _____ Date of application _____

Application   ☐ granted    ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Gregory A. Post                      (619) 231-8666
(Name)                                (Telephone)

KIRBY NOONAN LANCE & HOGE
(Firm)

600 West Broadway, Ste. 1100    San Diego, CA    92101
(Street)                          (City)          (Zip code)

_____
Signature of Applicant

ORIGINAL

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

**RECEIVED**
JAN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _M_ $180 1470/4 DEPUTY

Received $180.00 for Court Library fee

_____ Deputy Clerk

W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk
M. Zvers

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

Application and fee should be mailed directly to:

   W. Samuel Hamrick, Jr., Clerk
   United States District Court
   Southern District of California
   880 Front Street Suite 4290
   San Diego, California 92101-8900

8/7/07

```
Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387
```

1  David Leichtman, (2824480)
       David.leichtman@lovells.com
2  Lovells LLP
   590 Madison Avenue
3  New York, NY 10022
   Telephone (212) 909-0600
4  Facsimile (212) 909-0660

5  Gregory A. Post (40087)
       gpost@knlh.com
6  KIRBY NOONAN LANCE & HOGE LLP
   600 West Broadway, Suite 1100
7  San Diego, California 92101-3387
   Telephone (619) 231-8666
8  Facsimile (619) 231-9593

9  Attorneys for Home Depot U.S.A., Inc.

10              UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13  NEOPORTE, INC.,                    CASE NO. 37-2007 2304 BEN (RBB)

14              Plaintiff,             **APPLICATION FOR ADMISSION *PRO HAC VICE* AND DECLARATION OF DAVID LEICHTMAN**

15       vs.

16  HOME DEPOT U.S.A., INC.,

17              Defendants.

20  TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

21       PLEASE TAKE NOTICE THAT: David Leichtman of the firm Lovells LLP, hereby

22  applies for permission to appear as counsel *pro hac vice* in this matter.

**ORIGINAL**

KNLH\503936.1

APPLICATION FOR ADMISSION PRO HAC VICE AND DECLARATION OF DAVID LEICHTMAN

# APPLICATION

I, DAVID LEICHTMAN, declare as follows:

1. I am an attorney for named Defendant Home Depot U.S.A., Inc. and make this verified application for *pro hac vice* admission to practice in the United States District Court of the State of California, Southern District, in this action. The following is true and correct of my personal knowledge and, if called upon to testify, I could and would do so competently.

2. I have been retained to so appear in this action in association with Gregory A. Post of Kirby Noonan Lance & Hoge, LLP, 600 West Broadway, Suite 1100, San Diego, CA, 92101, (619) 231-8666, who is California counsel of record for Defendant Home Depot U.S.A., Inc. and an active member in good standing of the State Bar of California.

3. I am not a resident of the State of California. I am not regularly employed in the State of California. I am not regularly engaged in substantial business, professional, or other activities in the State of California.

4. My residential address is 644 Francis Street, Palham, NY 10803.

5. My office address is 590 Madison Avenue, New York, NY 10022.

6. My office telephone number is (212) 909-0600.

7. I have been admitted to practice law in the State of New York (Attorney Registration No. 2824480) since May, 1997 and I am currently a member in good standing of the New York Bar. I have also been admitted to practice before the Southern District of New York, Eastern District of New York, 2d Circuit Court of Appeals, 4th Circuit Court of Appeals, 7th Circuit Court of Appeals, Court of Appeals for the Federal Circuit.

8. I am presently in good standing and eligible to practice in the courts listed in paragraph 7. I am not currently suspended or disbarred in any court.

9. In the last two years, I have made no application to appear in California as counsel *pro hac vice*.

10. As required by California Rules of Court Rule 9.40(d)(6), I hereby designate the following active member of the California State Bar who has already been designated as co-counsel in this action:

1  KIRBY NOONAN LANCE & HOGE LLP
   Gregory A. Post, Esq.
2  One America Plaza
   600 West Broadway, Ste. 1100
3  San Diego, California 92101-3387
   Telephone: (619) 231-8666
4  Fax: (619) 231-9593

5      I declare under penalty of perjury under the laws of the States of New York and

6  California that the foregoing is true and correct and that this declaration is executed this 18th

7  day of January, 2008, at New York, New York.

                                              _____
                                                    DAVID LEICHTMAN

KNLH\503936.1                    -3-

APPLICATION FOR ADMISSION PRO HAC VICE AND DECLARATION OF DAVID LEICHTMAN