1  Gregory A. Post (40087)
     gpost@knlh.com
2  **KIRBY NOONAN LANCE & HOGE LLP**
   600 West Broadway, Suite 1100
3  San Diego, California  92101-3387
   Telephone (619) 231-8666
4  Facsimile (619) 231-9593

5  David Leichtman, (2824480) (*admitted pro hac vice*)
     David.leichtman@lovells.com
6  **Lovells LLP**
   590 Madison Avenue
7  New York, NY  10022
   Telephone (212) 909-0600
8  Facsimile (212) 909-0660

9  Attorneys for Home Depot U.S.A., Inc.

10              **UNITED STATES DISTRICT COURT**

11            **SOUTHERN DISTRICT OF CALIFORNIA**

12

13  NEOPORTE, INC.,                        │  CASE NO. 07-CV-2304 BEN (RBB)

14              Plaintiffs,                │  **JOINT MOTION FOR EXTENSION OF**
                                            │  **TIME TO RESPOND TO COMPLAINT**
15        vs.                              │
                                            │  Action Filed:  12/7/07
16  HOME DEPOT U.S.A., INC.,               │

17              Defendant.                 │

18

19        WHEREAS there is a litigation in the District Court for the Western District of North

20  Carolina (Case No. 3:07 CV 00379-GCM) captioned *Home Decor Holding Co. v. Neoporte, Inc.*

21  (the "North Carolina Action");

22        WHEREAS the plaintiff in the North Carolina Action filed a motion in that case ("Motion

23  To Enjoin") to enjoin Neoporte, Inc., the defendant in the North Carolina Action and the plaintiff

24  in this action, from proceeding with this parallel action.  Neoporte, Inc. opposes that motion;

25        IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto acting

26  through their respective attorneys, that defendant Home Depot U.S.A., Inc. may have an extension

27  of time in which to answer, respond or otherwise plead to the Complaint on file herein, such that

28

*(vertical left margin)* Kirby Noonan Lance & Hoge LLP   600 West Broadway, Suite 1100 San Diego, California  92101-3387

KNLH\506933.1                                                   07-CV 2304 BEN (RBB)

1   thirty (30) days after the above-mentioned Motion To Enjoin is decided, Home Depot U.S.A., Inc.

2   will, if necessary, answer, respond or otherwise plead to the Complaint on file.

3       IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel

4   that nothing in this Stipulation and Order shall be deemed to constitute consent by the Defendant

5   to jurisdiction or venue, and that the Defendant retains all defenses or objections to the lawsuit or

6   to the jurisdiction or venue of the court except for objections based on a defect in the summons or

7   in the service of the summons.

8       The parties submit that good cause exists for said extension.  The Complaint was filed on

9   December 7, 2007.  This extension will coincide with the stipulated extension to plead granted to

10  plaintiff Neoporte, Inc. that has been submitted in the North Carolina Action.  Further, this

11  extension of time will allow defendant Home Depot U.S.A., Inc. the time necessary to prepare

12  appropriate responsive pleadings.  There has been one prior extension in this matter.

13

14  DATED: __2/1__, 2008        MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                POPEO, P.C.
15

16

17  By: _____
                                Attorneys for Plaintiff Neoporte, Inc.
18                              Andrew Skale – E-mail:  askale@mintz.com

19
    DATED: __2/1__, 2008        KIRBY NOONAN LANCE & HOGE LLP
20

21

22  By: _____
                                Attorneys for Defendant Home Depot U.S.A. Inc.
23                              Gregory A. Post – E-mail:  gpost@knlh.com

24

25

26

27

28

*Kirby Noonan Lance & Hoge LLP*
*600 West Broadway, Suite 1100 San Diego, California 92101-3387*

KNLH\506933.1                       -2-                          07-CV 2304 BEN (RBB)