# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC., <br><br> Plaintiff, <br> vs. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | CASE NO. 07-CV-2304 BEN (RBB) <br><br> ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT <br><br> [Doc. # 12] |

The parties filed a joint motion for an extension of time to file an Answer or otherwise respond to the Complaint. [Doc. # 12]. The motion is **DENIED.** The parties shall have until and including **February 11, 2008,** to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

DATED: February 4, 2008

_____
Hon. Roger T. Benitez
United States District Judge