Gregory A. Post (40087)
    gpost@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

David Leichtman, (2824480) (*admitted pro hac vice*)
    David.leichtman@lovells.com
**Lovells LLP**
590 Madison Avenue
New York, NY 10022
Telephone (212) 909-0600
Facsimile (212) 909-0660

Attorneys for Home Depot U.S.A., Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC., <br><br>   Plaintiffs, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., <br><br>   Defendant. | CASE NO. 07-CV-2304 BEN (RBB) <br><br> **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Action Filed: 12/7/07 |

    WHEREAS there is a litigation in the District Court for the Western District of North Carolina (Case No. 3:07 CV 00379-GCM) captioned *Home Decor Holding Co. v. Neoporte, Inc.* (the "North Carolina Action");

    WHEREAS the plaintiff in the North Carolina Action filed a motion in that case ("Motion To Enjoin") to enjoin Neoporte, Inc., the defendant in the North Carolina Action and the plaintiff in this action, from proceeding with this parallel action. Neoporte, Inc. opposes that motion;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto acting through their respective attorneys, that defendant Home Depot U.S.A., Inc. may have an extension of time in which to answer, respond or otherwise plead to the Complaint on file herein, such that

1  it's responsive pleading shall be filed and served on or before April 11, 2008.

2      IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that nothing in this Stipulation and Order shall be deemed to constitute consent by the Defendant to jurisdiction or venue, and that the Defendant retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    The parties submit that good cause exists for said extension. The Complaint was filed on December 7, 2007. This extension will coincide with the stipulated extension to plead granted to plaintiff Neoporte, Inc. that has been submitted in the North Carolina Action. Further, this extension of time will allow defendant Home Depot U.S.A., Inc. the time necessary to prepare appropriate responsive pleadings. There has been one prior extension in this matter, and a requested further extension, that the Court denied, that did not specify a date certain for the responsive pleading from Defendant.

DATED: 2/7, 2008

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: _____
Attorneys for Plaintiff Neoporte, Inc.
Andrew Skale – E-mail: askale@mintz.com

DATED: 2/7, 2008

KIRBY NOONAN LANCE & HOGE LLP

By: _____
Attorneys for Defendant Home Depot U.S.A. Inc.
Gregory A. Post – E-mail: gpost@knlh.com

*Kirby Noonan Lance & Hoge LLP*
*600 West Broadway, Suite 1100 San Diego, California 92101-3387*