UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | CASE NO. 07-CV-2304 BEN (RBB)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Doc. # 14] |

The parties filed a joint motion for a third extension of time to file and Answer or otherwise respond to Complaint. The motion is **GRANTED**. The parties shall have until and including **April 11, 2008** to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: February 8, 2008

_____
Honorable Roger T. Benitez
United States District Court