Gregory A. Post (40087)
  gpost@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

David Leichtman, (2824480) – *admitted pro hac vice*
  David.leichtman@lovells.com
**Lovells LLP**
590 Madison Avenue
New York, NY 10022
Telephone (212) 909-0600
Facsimile (212) 909-0660

Attorneys for Home Depot U.S.A., Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　Defendant. | CASE NO. 07-CV-2304 BEN (RBB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: 12/7/07 |

WHEREAS there is a litigation in the District Court for the Western District of North Carolina (Case No. 3:07 CV 00379-GCM) captioned *Home Decor Holding Co. v. Neoporte, Inc.* (the "North Carolina Action");

WHEREAS the plaintiff in the North Carolina Action filed a motion in that case ("Motion To Enjoin") to enjoin Neoporte, Inc., the defendant in the North Carolina Action and the plaintiff in this action, from proceeding with this parallel action. Neoporte, Inc. opposed that motion.

WHEREAS the Motion To Enjoin in the North Carolina Action has not yet been decided;

WHEREAS the parties stipulated to and on February 8, 2008 the Court granted Defendant until April 11, 2008 to answer or otherwise respond to the Complaint (Docket Index No. 14), but

1  as noted, the Motion To Enjoin in the North Carolina Action is still pending.

2      IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto acting
3  through their respective attorneys, that defendant Home Depot U.S.A., Inc. may have an extension
4  of time in which to answer, respond or otherwise plead to the Complaint on file herein, such that
5  its responsive pleading shall be filed and served on or before June 11, 2008.

6      IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel
7  that nothing in this Stipulation and Order shall be deemed to constitute consent by the Defendant
8  to jurisdiction or venue, and that the Defendant retains all defenses or objections to the lawsuit or
9  to the jurisdiction or venue of the court except for objections based on a defect in the summons or
10 in the service of the summons.

11     The parties submit that good cause exists for said extension. The Complaint was filed on
12 December 7, 2007. This extension will coincide with the stipulated extension to plead granted to
13 plaintiff Neoporte, Inc. in the North Carolina Action. Further, this extension of time will allow
14 defendant Home Depot U.S.A., Inc. the time necessary to prepare appropriate responsive
15 pleadings. There have been two prior extensions in this matter, one of which was granted after the
16 Court denied a request for an extension that did not specify a certain date for responsive pleading
17 from the Defendant (Docket Index No. 13).

18 DATED: __4-10__, 2008        KIRBY NOONAN LANCE & HOGE LLP

20 By: _____
21     Attorneys for Defendant Home Depot U.S.A. Inc.
    Gregory A. Post – E-mail: gpost@knlh.com

22 DATED: __April 10__, 2008    MINTZ LEVIN COHN FERRIS GLOVSKY AND
23                              POPEO, P.C.

25 By: _____
26     Attorneys for Plaintiff Neoporte, Inc.
    Andrew Skale – E-mail: askale@mintz.com

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387