David Leichtman
    David.leichtman@lovells.com
**LOVELLS LLP**
590 Madison Avenue
New York, NY 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

Gregory A. Post (40087)
    gpost@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Defendant HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC., | CASE NO. 07-CV-2304 BEN (RBB) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Action Filed: 12/7/07 |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

### PROOF OF SERVICE

I, Michelle C. Ellison, am employed in the County of San Diego, State of California. I am over the age of eighteen and not a party to the within action; my business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On April 10, 2008, I served the following document on the interested parties in the action below:

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

KNLH\504184.1

| | |
|---|---|
| Andrew D. Skale, Esq.<br>Email: askale@mintz.com<br>Ben L. Wagner, Esq.<br>Email: bwagner@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO P.C.<br>5355 Mira Sorrento Place, Ste. 600<br>San Diego, CA 92121<br>Telephone: (858) 320-3000<br>Facsimile: (858) 320-3001<br>Attorneys for Plaintiff<br>NEOPORTE, INC. | David Leichtman<br>Lovells LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 909-0600<br>Facsimile: (212) 909-0660<br>Co-counsel Attorneys for Defendant<br>HOME DEPOT U.S.A., INC. |

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the , using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

☒ **STATE COURT:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 10, 2008, at San Diego, California.

/s/ Michelle C. Ellison

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

KNLH\504184.1                          -2-