UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>      Defendant. | CASE NO. 07-CV-2304 BEN (RBB)<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: 12/7/07 |

    The parties filed a joint motion for an extension of time to file and Answer or otherwise respond to the Complaint. The motion is **GRANTED**. The Defendant has until and including **June 11, 2008** to answer or otherwise respond to the complaint.

    IT IS SO ORDERED.

DATED: April 10, 2008

                                                                         Hon. Roger T. Benitez

                                                                         United States District Judge