1  Gregory A. Post (40087)
    gpost@knlh.com
2  **KIRBY NOONAN LANCE & HOGE LLP**
    600 West Broadway, Suite 1100
3  San Diego, California 92101-3387
    Telephone (619) 231-8666
4  Facsimile (619) 231-9593

5

    David Leichtman, (2824480) – *admitted pro hac vice*
6      David.leichtman@lovells.com
    **Lovells LLP**
7  590 Madison Avenue
    New York, NY 10022
8  Telephone (212) 909-0600
    Facsimile (212) 909-0660
9
    Attorneys for Home Depot U.S.A., Inc.
10

11                 UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

14  | NEOPORTE, INC., | CASE NO. 07-CV-2304 BEN (RBB) |
15  | Plaintiffs, | **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
16  | vs. | Action Filed: 12/7/07 |
17  | HOME DEPOT U.S.A., INC., | |
18  | Defendant. | |

19

20       WHEREAS there is a litigation in the District Court for the Western District of North

21  Carolina (Case No. 3:07 CV 00379-GCM) captioned *Home Decor Holding Co. v. Neoporte, Inc.*

22  (the "North Carolina Action");

23       WHEREAS the parties in the North Carolina Action have scheduled a mediation for June

24  11, 2008; and

25       WHEREAS a settlement of the North Carolina Action would resolve some or all of the

26  issues in this case;

27       IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto acting

28  through their respective attorneys, that defendant Home Depot U.S.A., Inc. may have an extension

                                                                07-CV 2304 BEN (RBB)

of time in which to answer, respond or otherwise plead to the Complaint on file herein, such that its responsive pleading shall be filed and served on or before June 25, 2008.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that nothing in this Stipulation and Order shall be deemed to constitute consent by the Defendant to jurisdiction or venue, and that the Defendant retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

The parties submit that good cause exists for said extension. The Complaint was filed on December 7, 2007. This extension will coincide with the stipulated extension to plead requested by plaintiff Neoporte, Inc. in the North Carolina Action. Further, this extension of time will allow defendant Home Depot U.S.A., Inc. the time necessary to prepare appropriate responsive pleadings. There have been three prior extensions in this matter, one of which was granted after the Court denied a request for an extension that did not specify a certain date for responsive pleading from the Defendant (Docket Index No. 13).

DATED: 6/2, 2008

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: _____
Attorneys for Plaintiff Neoporte, Inc.
Andrew Skale – E-mail: askale@mintz.com

DATED: 6/2, 2008

KIRBY NOONAN LANCE & HOGE LLP

By: _____
Attorneys for Defendant Home Depot U.S.A., Inc.
Gregory A. Post – E-mail: gpost@knlh.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HOME DECOR HOLDING CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEOPORTE, INC., )<br>)<br>Defendant. ) | Case No. 3:07 CV 00379-GCM |

**STIPULATION EXTENDING TIME**

It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendant that the time within which to serve the Answer or other responsive pleading to Plaintiff's Complaint is extended to and including June 25, 2008.

This the 30th day of May, 2008.

/s/ Anthony Fox
Anthony Fox
Benjamin Robert Sullivan, Jr.
Parker Poe Adams & Bernstein, L.L.P.
401 S. Tryon St., Ste. 3000
Charlotte, NC 28202
Telephone: 704/335-9841
Fax: 704/334-4706
Email:   anthonyfox@parkerpoe.com
         bobbysullivan@parkerpoe.com
*Attorneys for Plaintiff*

/s/ Jon Berkelhammer
Jon Berkelhammer
Smith Moore LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: 336/378-5200
Facsimile: 336/378-5400
Email:   jon.berkelhammer@smithmoorelaw.com
*Attorney for Defendant*