FILED
2008 JUN -6 PM 1:54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | Case No. 07cv2304 BEN (RBB) <br><br> **ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

The parties filed a joint motion for an extension of time for Defendant Home Depot U.S.A., Inc. to answer or otherwise respond to the Complaint. Dkt. No. 19 (June 2, 2008). The motion is granted because an extension will allow (1) the parties to explore settlement in a related action; and (2) Defendant to prepare an appropriate response. Accordingly, Defendant shall answer or otherwise respond to the Complaint on or before June 25, 2008.

IT IS SO ORDERED.

Dated: June 3, 2008

_____
Roger T. Benitez
United States District Judge