1  Gregory A. Post (40087)
     gpost@knlh.com
2  **KIRBY NOONAN LANCE & HOGE LLP**
   600 West Broadway, Suite 1100
3  San Diego, California 92101-3387
   Telephone (619) 231-8666
4  Facsimile (619) 231-9593

5  David Leichtman, (2824480) – *admitted pro hac vice*
     David.leichtman@lovells.com
6  **LOVELLS LLP**
   590 Madison Avenue
7  New York, NY 10022
   Telephone (212) 909-0600
8  Facsimile (212) 909-0660

9  Attorneys for Home Depot U.S.A., Inc.

10
                    UNITED STATES DISTRICT COURT
11
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA.
12
   NEOPORTE, INC.                    Case No. 07-CV-2304 BEN (RBB)
13            Plaintiff,
                                     **JOINT MOTION OF DISMISSAL**
14     v.

15 HOME DEPOT U.S.A., INC.           Action Filed: 12/7/07

16            Defendant.

17

18

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Case No. 07-CV-2304 BEN (RBB)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that all causes of action asserted by plaintiff Neoporte, Inc. against defendant Home Depot U.S.A., Inc. in the above-captioned matter are hereby dismissed with prejudice. It is further stipulated and agreed that each party shall bear its own costs arising out of this action.

Dated: June 25, 2008

MINTZ LEVIN COHN FERRISGLOVSKY AND POPEO P.C.

By: s/Andrew D. Skale
Andrew D. Skale, Esq.
askale@mintz.com

Attorneys for Plaintiff,
NEOPORTE, INC.

Dated: June 25, 2008

KIRBY NOONAN LANCE & HOGE LLP

By: s/Gregory A. Post
Gregory A. Post
gpost@knlh.com

Attorneys for Defendant,
HOME DEPOT U.S.A., INC.

Case No. 07-CV-2304 BEN (RBB)