FILED
2008 JUL -1 PM 2:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOPORTE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | Case No. 07cv2304 BEN (RBB) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties jointly moved to dimiss this action with prejudice. Dkt. No. 21 (June 25, 2008). In the motion, they stipulate to bear their own attorney's fees and costs. *Id.* at 2. Under Federal Rule of Civil Procedure 41(a)(1), the parties may voluntarily dismiss their claims by a stipulation of all parties. FED. R. CIV. P. 41(a). Under Rule 41(a)(2), the Court has broad discretion to determine the terms and conditions for dismissal. *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). Because the parties have stipulated to dismiss under Rule 41(a), the Court dismisses this action with prejudice. The parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 27, 2008

Roger T. Benitez
United States District Judge